In the Matter of the Judicial Settlement of the Accounts of ANDREW B. YETTER, as Administrator of WILLIAM LIVINGSTON, Deceased.

ANDREW B. YETTER, as Administrator, Appellant; ANNIE LIVINGSTON CLEMENS, Contestant, et al., Respondents.

*Matter of Yetter*, 44 App. Div. 404, affirmed.
(Argued February 28, 1900; decided March 20, 1900.)

APPEAL from an order of the Appellate Division of the Supreme Court in the first judicial department, made November 24, 1899, modifying and as modified affirming a decree of the Surrogate's Court of the county of New York, settling the accounts of Andrew B. Yetter, as administrator of William Livingston, deceased.

*Frederick E. Anderson* for appellant.

*Robert Weil* for respondents.

Order affirmed, with one bill of costs in this court, payable out of the estate, on opinion below.

Concur: PARKER, Ch. J., O'BRIEN, BARTLETT, HAIGHT, MARTIN, VANN and LANDON, JJ.